**Rand G. Lunceford (11710)**
**KRISTOPHER K. GREENWOOD, LC**
*Attorney for Defendant*
**195 Historic 25th Street, Suite 304**
**Ogden, Utah 84401**
**rand@krisgreenwood.com**
**801-475-8800**

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>**LATASHA DENISE GRIFFIN, (a.k.a. LATASHA WASHINGTON),**<br>Defendant. | **DISCOVERY REQUEST**<br><br><br>Case No. 2:21-CR-00478<br><br><br>Magistrate Judge: David Barlow |

The Defendant, **LATASHA DENISE GRIFFIN**, by and through her counsel of record, Rand G. Lunceford, of Kristopher K. Greenwood & Associates, and pursuant to Rule 16, Federal Rules of Criminal Procedure, hereby requests the prosecuting attorney in the above-entitled matter, any and all law enforcement, and other agencies and employees thereof for whom the prosecuting attorney is accountable in this proceeding, to disclose, turn over, produce, or make available to the defendant and her counsel for examination and copying as soon as they are available to the prosecuting attorney, after this request has been submitted to the court, all documents, objects, videotapes, DVDs, audio tapes, photographs, breath test results, blood test results, and samples, certification, calibration, matters, evidence, and information listed below, whether now possessed or later acquired, including but not limited to the following:

## I. Defendant's Request for Discovery and Notice

(A) Request for Rule 16 Material

i. All written and oral statements or confessions, signed or unsigned, allegedly made before or after arrest, in response to interrogation by any person Defendant knew or thought to be a government agent if the government intends to use that statement at trial. Rule 16(a)(1)(A). The government states that it will disclose to Defendant and make available for inspection, copying, or photographing such statements in accordance with Rule 16(a)(1)(A).

ii. Defendant requests disclosure of any relevant written or recorded statement made by Defendant within the government's possession, custody, or control, which the attorney for the government knows – or through due diligence could know – that the statement exists; the portion of any written record containing the substance of any relevant oral statement made before or after arrest if Defendant made the statement in response to interrogation by any person Defendant knew or thought to be a government agent. Rule 16(a)(1)(B)(i) and (ii).

iii. Defendant requests disclosure of any recorded testimony of Defendant before a grand jury which relates to the offense charged pursuant to Rule 16(a)(1)(B)(iii). The government states it will permit Defendant to inspect and copy such statements.

iv. Defendant requests a copy of her prior criminal record. The government states it will furnish to Defendant a copy of her prior criminal record, if any, in accordance with Rule 16(a)(1)(D).

    v. Defendant, understanding her burden of reciprocal discovery as set forth in Rule 16(b)(1)(A), requests disclosure of books, papers, documents, data, photographs, tangible objects, buildings or places, and copies or portions thereof, which are within the possession, custody, or control of the government, and which are material to the preparation of her defense, or are intended for use by the government as evidence in chief at the trial, or were obtained from or belong to Defendant.

    vi. Defendant, understanding her burden of reciprocal discovery as set forth in Rule 16(b)(1)(B), requests disclosure of any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial.

    vii. Defendant, understanding her burden of reciprocal discovery as set forth in Rule 16(b)(1)(C), requests, disclosure of a written summary of testimony the government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence, relating to expert testimony and opinions of experts, during its case in chief at trial, as set forth in Rule 16(a)(1)(G).

(B) Request for Exculpatory Evidence

    i. Defendant requests disclosure of evidence favorable to Defendant on the issue

of guilt and/or sentencing. The government states it will disclose material evidence which is favorable to Defendant as required by Brady v. Maryland, 373 U.S. 83 (1963); Giglio v. United States, 405 U.S. 150 (1972); and United States v. Bagley, 473 U.S. 667 (1985). The government acknowledges its continuing duty to make these disclosures. This request does not foreclose Defendant from filing more specific motion requesting exculpatory evidence.

(C) Request for Evidence of Other Crimes, Wrongs, or Acts

    i. Defendant requests notice of other crimes, wrongs or acts under Rule 404(b) of the Federal Rules of Evidence. The government states that if it intends to introduce such evidence at trial it will provide written notice to Defendant no later than twenty-one (21) days before trial unless, for good cause shown, the court permits less notice in accordance with Rule 404(b).

(D) In addition to discovery we will take up the matter of notice, as required by Rules 12.1 and 12.2, Federal Rules of Criminal Procedure if the defense of alibi or mental capacity is contemplated. Further, a date will be set for the filing of all motions. At the conclusion of this hearing the report will be signed by Defendant and/or her counsel, and government counsel, as well as the magistrate judge. The discovery hearing proceedings will be recorded.

**II**. **Defendant more specifically requests, without waiving all above-mentioned requests, all videotapes, DVDs, audio tapes, filmed statements, recordings of any kind, and/or confessions allegedly made by Defendant.**

(A) Including but not limited to, the following field evidence and information:

      i. All written reports, memoranda, notes or other documents, including videotapes, DVDs, audio tapes, or recordings, made by Defendant, a co-defendant, any witness, any police officer, or etc., that are in any way related to this case, including, but not limited to:

      (1) Police reports,

      (2) Narrative Reports,

      (3) Police activity logs,

      (4) Accident reports,

      (5) Notes of law enforcement officers,

      (6) Police Officer's certifications, and

      (7) Police Officer's cards indicating current certification on any equipment used in connection with this incident.

      ii. All photographs, tape recordings, videotape recordings, DVD recordings, or any other recordings made or taken of Defendant by the police, the jailer, or anyone on their behalf.

(B) The names of all witnesses the City and/or State intends to call or might call at trial.

(C) All written or recorded statements of said witnesses.

(D) All evidence tending to negate and/or mitigate the guilt of Defendant.

(E) All physical evidence, including photographs and all investigative analysis done on any evidence in the above-entitled case

(F) Produce at the office of Defendant's counsel all photographs, video tapes, cassette tapes, audio recordings, pictorial representations, and any other exhibits demonstrative

or real in the possession of the State.

DATED this 9th day of December, 2021.

                                              KRISTOPHER K. GREENWOOD, LC

                                              */s/ Rand G. Lunceford*
                                              Rand G. Lunceford
                                              Attorney for Defendant

## **CERTIFICATE OF DELIVERY**

I hereby certify that on this 9th day of December, 2021, I e-filed a true and correct copy of the foregoing Discovery Request to the following:

Kent A. Burggraaf
kent.burggraaf@usdoj.gov

Aaron B. Clark
aaron.clark@usdoj.gov

Cy H. Castle
cy.castle@usdoj.gov

                                              */s/ Emma McConkie*