PS8 - D/UT 02/19

UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

**Petition and Order for Action on Conditions of Pretrial Release**

Name of Defendant:   Latasha Denise Griffin        Docket Number:   2:21CR00478-001

Name of Judicial Officer:   Honorable Jared C. Bennett
U.S. Magistrate Judge

Date of Release:   December 16, 2021

**PETITIONING THE COURT**

To issue a Summons:

**CAUSE**

The pretrial officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about December 28, 2021, the defendant unlawfully possessed a narcotic drug and other controlled substances; to wit: marijuana

**Allegation No. 2:** On or about December 28, 2021, the defendant submitted to drug/alcohol testing which produced a positive result for Cannabinoids (THC).

**Allegation No. 3:** On or about January 20, 2022, the defendant unlawfully possessed a narcotic drug and other controlled substances; to wit: marijuana

**Allegation No. 4:** On or about January 20, 2022, the defendant submitted to drug/alcohol testing which produced a positive result for Cannabinoids (THC).

**Allegation No. 5:** On or about March 24, 2022, the defendant unlawfully possessed a narcotic drug and other controlled substances; to wit: marijuana

**Allegation No. 6:** On or about March 24, 2022, the defendant submitted to drug/alcohol testing which produced a positive result for Cannabinoids (THC).

Evidence in support of Allegation Nos. 1-6 are laboratory drug testing reports provided by the supervising pretrial services officer in the Western District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

By    Zachary C. McBride
U.S. Pretrial Services Officer
Date: April 4, 2022

Latasha Denise Griffin
2:21CR00478-001

**THE COURT ORDERS:**

☒ The issuance of a Summons    May 4, 2022 at 10:00 am via ZOOM JCB
☐ The issuance of a Warrant
☐ No action
☐ Other: _____

_____
Honorable Jared C. Bennett
U.S. Magistrate Judge

Date: April 8, 2022